| | |
|---|---|
| 1 | Edward R. Hugo [Bar No. 124839] |
| | James C. Parker [Bar No. 106149] |
| 2 | Thomas J. Moses [Bar No. 116002] |
| | BRYDON HUGO & PARKER |
| 3 | 135 Main Street, 20th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 808-0300 |
| | Facsimile: (415) 808-0333 |
| 5 | |
| 6 | Attorneys for Defendant |
| | FOSTER WHEELER LLC |

FILED 08 AUG 12 AM 9:33 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

Original

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08 3841 JL

MONTY ZAROGOZA and JUDITH ZAROGOZA,

    Plaintiff(s),

vs.

A.W. CHESTERTON COMPANY; ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; AMERON INTERNATIONAL CORPORATION; ANNING-JOHNSON COMPANY; ASBESTOS CORPORATION, LTD.; BRINKMAN STEEL & SUPPLY CO.; C.F. BOLSTER COMPANY; CLEAVER BROOKS, A DIVISION OF AQUA-CHEM, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; EMERSON ELECTRIC CO., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SWECO, INC., FKA SOUTHWESTERN ENGINEERING COMPANY; F.L. SMIDTH INC.; FILOSA FIREPROOFING, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PACIFIC COAST FIREPROOFING; FLUOR CORPORATION; FMC CORPORATION; FOSTER WHEELER LLC; GARLOCK SEALING TECHNOLOGIES LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO GARLOCK, INC.; GENERAL ELECTRIC COMPANY; GEORGE M. RAYMOND CO.; GEORGE M. RAYMOND CO.-

(ASBESTOS)

U.S.D.C. Case No. _____

San Francisco Superior Court Case No. CGC08 274737

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| 1 | NORTH; INTERNATIONAL PAPER COMPANY, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO U.S. PLYWOOD; J.R. SIMPLOT COMPANY; KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; METALCLAD INSULATION CORPORATION; OWENS-ILLINOIS INC.; PIERCE ENTERPRISES, INC.; PIERCE LATHING COMPANY DBA PIERCE ENTERPRISES INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FRANK D. SMITH COMPANY; PLANT INSULATION COMPANY; QUAD C CORPORATION; QUINTEC INDUSTRIES, INC.; RAPID AMERICAN CORP. INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PHILIP CAREY MANUFACTURING CORP.; RILEY POWER INC., FORMERLY KNOWN AS RILEY STOKER CORPORATION AND DB RILEY, INC.; RIO TINTO MINERALS INC.; SB DECKING, INC., FORMERLY KNOWN AS SELBY, BATTERSBY & COMPANY; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SOUTHWEST WELDING & MANUFACTURING INC; SPX CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE MARLEY COMPANY; T H AGRICULTURE & NUTRITION LLC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THOMPSON-HAYWARD CHEMICAL CO.; THERMAL CERAMICS, INC.; THERMAL ENGINEERING INTERNATIONAL (USA) INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SOUTHWEST ENGINEERING COMPANY; THERMAL ENGINEERING INTERNATIONAL (USA) INC., INDIVIDUALLY, AS SUCCESSOR IN INTEREST AND PARENT ALTER EGO TO TEI-STRUTHERS WELLS COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; VIACOM, INC. AS SUCCESSOR-BY-MERGER TO CBS CORPORATION FKA WESTINGHOUSE |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER, LLC'S NOTICE OF INTERESTED PARTIES

| 1 | ELECTRIC CORPORATION; YUBA CITY STEEL PRODUCTS CO.; ZURN INDUSTRIES, LLC. INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND SPRINGFIELD BOILER AND THE FIRST DOE THROUGH THREE HUNDREDTH DOE, INCLUSIVE, |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

7  The undersigned, counsel of record for Defendant FOSTER WHEELER LLC,
8  certifies that the following listed parties may have a pecuniary interest in the outcome of
9  this case. These representations are made to enable the Court to evaluate possible
10 disqualification or recusal.

| | |
|---|---|
| A.W. CHESTERTON COMPANY | DEFENDANT |
| ALL ASBESTOS DEFENDANTS | DEFENDANT |
| DOES 1 TO 300, INCLUSIVE | DEFENDANT |
| FRANK E. CONNELL & SON INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STRUCTURAL FIREPROOFING, INC. | DEFENDANT |
| PLANT INSULATION CO. | DEFENDANT |
| RAPID-AMERICAN CORPORATION | DEFENDANT |
| ZARAGOZA, JUDITH | PLAINTIFF |
| ZARAGOZA, MONTY | PLAINTIFF |
| ZURN INDUSTRIES, LLC FORMERLY KNOWN AS ZURN INDUSTRIES, INC. | DEFENDANT |

Date: August 12, 2008

BRYDON HUGO & PARKER

By: _____
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER LLC

**cc: Via Hand Delivery**
Jeffrey A. Kaiser, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel. (415) 646-7160
Fax (415) 981-1270

All Known Defense Counsel (via regular mail)

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER, LLC'S NOTICE OF INTERESTED PARTIES