

1  Edward R. Hugo [Bar No. 124839]
   James C. Parker [Bar No. 106149]
2  Thomas J. Moses [Bar No. 116002]
   BRYDON HUGO & PARKER
3  135 Main Street, 20th Floor
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333
5
   Attorneys for Defendant
6  FOSTER WHEELER LLC
7

FILED
08 AUG 12 AM 9: 3
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

JL

11

12  MONTY ZAROGOZA and JUDITH          (ASBESTOS)
    ZAROGOZA,
13                                     U.S.D.C. Case No. 3841
                Plaintiff(s),          CV 08
14          vs.                        San Francisco Superior Court Case No.
                                       CGC08 274737
15  A.W. CHESTERTON COMPANY; ALLIS
    CHALMERS CORPORATION               DEFENDANT FOSTER WHEELER LLC'S
16  PRODUCT LIABILITY TRUST; AMERON    DISCLOSURE STATEMENT PURSUANT
    INTERNATIONAL CORPORATION;         TO FEDERAL RULE OF CIVIL
17  ANNING-JOHNSON COMPANY;            PROCEDURE 7.1
    ASBESTOS CORPORATION, LTD.;
18  BRINKMAN STEEL & SUPPLY CO.; C.F.
    BOLSTER COMPANY; CLEAVER
19  BROOKS, A DIVISION OF AQUA-
    CHEM, INC.; CROWN, CORK & SEAL,
20  INDIVIDUALLY AND AS SUCCESSOR-
    IN-INTEREST TO MUNDET CORK;
21  EMERSON ELECTRIC CO.,
    INDIVIDUALLY AND AS SUCCESSOR
22  IN INTEREST TO SWECO, INC., FKA
    SOUTHWESTERN ENGINEERING
23  COMPANY; F.L. SMIDTH INC.; FILOSA
    FIREPROOFING, INC., INDIVIDUALLY
24  AND AS SUCCESSOR-IN-INTEREST TO
    PACIFIC COAST FIREPROOFING;
25  FLUOR CORPORATION; FMC
    CORPORATION; FOSTER WHEELER
26  LLC; GARLOCK SEALING
    TECHNOLOGIES LLC, INDIVIDUALLY
27  AND AS SUCCESSOR-IN-INTEREST TO
    GARLOCK, INC.; GENERAL ELECTRIC
28  COMPANY; GEORGE M. RAYMOND
    CO.; GEORGE M. RAYMOND CO.-

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

DEFENDANT FOSTER WHEELER, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1

1   NORTH; INTERNATIONAL PAPER
    COMPANY, INDIVIDUALLY AND AS
2   SUCCESSOR-IN-INTEREST TO U.S.
    PLYWOOD; J.R. SIMPLOT COMPANY;
3   KAISER GYPSUM COMPANY, INC.;
    KELLY-MOORE PAINT COMPANY,
4   INC.; METALCLAD INSULATION
    CORPORATION; OWENS-ILLINOIS
5   INC.; PIERCE ENTERPRISES, INC.;
    PIERCE LATHING COMPANY DBA
6   PIERCE ENTERPRISES INDIVIDUALLY
    AND AS SUCCESSOR-IN-INTEREST TO
7   FRANK D. SMITH COMPANY; PLANT
    INSULATION COMPANY; QUAD C
8   CORPORATION; QUINTEC
    INDUSTRIES, INC.; RAPID AMERICAN
9   CORP. INDIVIDUALLY AND AS
    SUCCESSOR IN INTEREST TO PHILIP
10  CAREY MANUFACTURING CORP.;
    RILEY POWER INC., FORMERLY
11  KNOWN AS RILEY STOKER
    CORPORATION AND DB RILEY, INC.;
12  RIO TINTO MINERALS INC.; SB
    DECKING, INC., FORMERLY KNOWN
13  AS SELBY, BATTERSBY & COMPANY;
    SOCO-WEST, INC. FKA BRENNTAG
14  WEST, INC. FKA SOCO-LYNCH
    CORPORATION, INDIVIDUALLY AND
15  AS SUCCESSOR-IN-INTEREST TO
    WESTERN CHEMICAL &
16  MANUFACTURING COMPANY;
    SOUTHWEST WELDING &
17  MANUFACTURING INC; SPX
    CORPORATION, INDIVIDUALLY AND
18  AS SUCCESSOR-IN-INTEREST TO THE
    MARLEY COMPANY; T H
19  AGRICULTURE & NUTRITION LLC
    INDIVIDUALLY AND AS SUCCESSOR-
20  IN-INTEREST TO THOMPSON-
    HAYWARD CHEMICAL CO.;
21  THERMAL CERAMICS, INC.;
    THERMAL ENGINEERING
22  INTERNATIONAL (USA) INC.,
    INDIVIDUALLY AND AS SUCCESSOR
23  IN INTEREST TO SOUTHWEST
    ENGINEERING COMPANY; THERMAL
24  ENGINEERING INTERNATIONAL
    (USA) INC., INDIVIDUALLY, AS
25  SUCCESSOR IN INTEREST AND
    PARENT ALTER EGO TO TEI-
26  STRUTHERS WELLS COMPANY;
    UNION CARBIDE CORPORATION;
27  UNIROYAL, INC.; VIACOM, INC. AS
    SUCCESSOR-BY-MERGER TO CBS
28  CORPORATION FKA WESTINGHOUSE

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1

1  ELECTRIC CORPORATION; YUBA CITY
   STEEL PRODUCTS CO.; ZURN
2  INDUSTRIES, LLC. INDIVIDUALLY
   AND AS SUCCESSOR-IN-INTEREST TO
3  ZURN INDUSTRIES, INC., ERIE CITY
   IRON WORKS AND SPRINGFIELD
4  BOILER AND THE FIRST DOE
   THROUGH THREE HUNDREDTH DOE,
5  INCLUSIVE,

6           Defendants.

7

8           Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

9  Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

10  undersigned counsel for Defendant FOSTER WHEELER LLC (a private, non-

11  governmental party) certifies that the following are corporate parents, affiliates and/or

12  subsidiaries of said party, which are publicly held.

13          FOSTER WHEELER LLC is a publicly held entity.  FOSTER WHEELER LLC has

14  no parent corporation and no publicly held corporation holds more than ten percent

15  (10%) of it stock.

16
    Date:  August 12, 2008                    BRYDON HUGO & PARKER
17

18

19                                    By:  _____
                                          Edward R. Hugo
20                                        James C. Parker
                                          Thomas J. Moses
21                                        Attorneys for Defendant
                                          FOSTER WHEELER LLC
22

23

24

25

26

27

28

DEFENDANT FOSTER WHEELER, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1

1

2  **cc: Via Hand Delivery**
   Jeffrey A. Kaiser, Esq.
   Levin Simes Kaiser & Gornick, LLP
3  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
4  Tel. (415) 646-7160
   Fax (415) 981-1270

5

6  All Known Defense Counsel (via regular mail)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT FOSTER WHEELER, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1