UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Monty Zarogoza, et al.,

       Plaintiffs,                        Case No. C 08-3841 JL

       v.                                RECUSAL ORDER

A.W. Chesterton Company, et al.,

       Defendants.

_____/

    TO ALL PARTIES AND COUNSEL OF RECORD:

    This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

    IT IS SO ORDERED.

Dated: August 19, 2008

                                                          *James Larson*

                                             JAMES LARSON
                                             United States Magistrate Judge