IVOR E. SAMSON (State Bar No. 52767)
EDWARD K. LOW (State Bar No. 255764)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
RAPID-AMERICAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY ZAROGOZA and JUDITH ZAROGOZA,<br><br>           Plaintiffs,<br><br>     vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>           Defendants. | Civil No. CV-08-3841 JL<br><br>**NOTICE OF APPEARANCE OF RAPID- AMERICAN CORPORATION** |

TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Edward K. Low of the law firm of Sonnenschein Nath & Rosenthal LLP, hereby enters his appearance as counsel on behalf of defendant Rapid-American Corporation.

Dated: August 15, 2008                   SONNENSCHEIN NATH & ROSENTHAL LLP

                                                      By _____/s/_____
                                                              EDWARD K. LOW

                                                      Attorneys for Defendant
                                                      RAPID-AMERICAN CORPORATION

27305554\V-1

Civil No. CV-08-3841                         - 1 -                         NOTICE OF APPEARANCE OF
                                                                            RAPID-AMERICAN CORPORATION