Garth W. Aubert Bar No. 162877
Linda C. Hsu, Bar No. 239880
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071-1602
(213) 955-7700
(213) 955-7725 Fax
Garth.Aubert@mendes.com
Linda.Hsu@mendes.com

Attorneys for Defendant
Thermal Ceramics Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY ZAROGOZA and JUDITH ZAROGOZA,<br><br>    Plaintiffs,<br><br>    v.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>    Defendants. | No. CV 08-3841 SI<br><br>(San Francisco Superior Court Case No. CGC-08-274737)<br><br>**DEFENDANT THERMAL CERAMICS INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Morganite Industries, Inc. is the parent corporation of Thermal Ceramics Inc.
- Zurich American Insurance Company is an insurer of Thermal Ceramics Inc.

---

Defendant's Notice of Interested Parties                                   USDC Case No.: CV-08-3741 SI
                                                -1-
538419.1 Notice of Interested Parties

-2-

1  • Chubb Group of Insurance Companies is an insurer of Thermal
2     Ceramics Inc.

4  Dated: August 21, 2008                    MENDES & MOUNT, LLP

6                                             By: *[signature: Linda Hsu]*
7                                             Garth W. Aubert
                                              Linda C. Hsu
8                                             Attorneys for Defendant
                                              Thermal Ceramics Inc.

---

Defendant's Notice of Interested Parties                USDC Case No.: CV-08-3741 SI
                                    -2-

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

Zaragoza v. A.W. Chesterton, et al.
USDC Case No. CV-08-3841 SI
Our File No. 396,298

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 S. Figueroa Street, Suite 3800, Los Angeles, California 90071.

On **August 21, 2008**, I served the document described as **DEFENDANT THERMAL CERAMICS INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED PARTIES OR PERSONS** on the interested parties in this action, as follows:

### SEE ATTACHED SERVICE LIST

**X** **(By U.S. Mail)** By placing ___ the original / **X** a true copy thereof enclosed in a sealed envelope, with postage fully paid, addressed as per the attached service list, for collection and mailing at Mendes & Mount in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ **(By Facsimile)** I transmitted from a facsimile transmission machine whose telephone number is (213) 955-7725 the above-entitled document to the parties listed on the attached Service List and whose facsimile transmission machine telephone number is indicated. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

___ **(By FedEx)** I placed the above-entitled document in a FedEx (Overnight) envelope/pouch as addressed and indicated on the attached service list, with delivery fees paid or provided for and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf.

**X** **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 21, 2008**, at Los Angeles, California.

*/s/ Lissette M. Fernández*
Lissette M. Fernández

538488.1 -POS.Federal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**

**VIA U.S. MAIL**
**Attorneys for Plaintiff**
Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick
44 Montgomery Street
36th Floor
Los Angeles, CA 94104
Tel: 415-646-7160
Fax: 415-981-1270

538488.1 -POS.Federal