**LEVIN SIMES KAISER & GORNICK LLP**

| | |
|---|---|
| WILLIAM A. LEVIN | LISA J. ESPADA |
| LAUREL L. SIMES | TIMOTHY F. PEARCE |
| JEFFREY A. KAISER | T. SCOTT HAMES |
| LAWRENCE J. GORNICK | RAYMOND D. MUELLER |
| MARTHA A. H. BERMAN | JESSICA N. BIERNIER |
| ANNA M. COSTA | SHANNON S. PATEL |
| SEAN P. WORSEY | LAURA BRANDENBERG |
| DEBRA DECARLI | |
| DENNIS J. CANTY | STEVEN B. STEIN |
| | *Of Counsel* |

August 25, 2008

*Via E-mail and Regular U.S. Mail*

Judge Honorable Susan Illston
United State District Court for the Northern District
Courtroom 10,
19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Illston,

    Plaintiffs write this letter as courtesy to the Court, to indicate that the Plaintiffs intend to file a Motion to Remand in the recently removed San Francisco Superior Court case, *Zaragoza, et. al. v. A.W. Chesterton, et. al.*, Case No. *3:08-cv-3841*.

    Thank you for your attention to this matter.

With great regards,

LEVIN SIMES KAISER & GORNICK LLP

By: *[signature]*
Raymond D. Mueller, Esq.

# Grace Teixeira

| | |
|---|---|
| **From:** | ECFHELPDESK@cand.uscourts.gov |
| **Sent:** | Monday, August 25, 2008 3:29 PM |
| **To:** | Grace Teixeira |
| **Cc:** | Raymond Mueller |
| **Subject:** | AUTO RESPONSE: Zarogoza, et al. v. A.W. Chesterton Company, et al., Case No. 3:08-cv-3841 |

Your email has been received and is being forwarded to the appropriate chambers for processing.

Thank you,
~The ECF-HelpDesk

http://ecf.cand.uscourts.gov

ECF TIP: Always remember to include the Case Number and Judge's Initials in the subject line of all relevant emails to the court.

------------------------------------------------------------------------

1