CHAMBERS COPY- DO NOT FILE

Name and address
J. Scott Wood, Esq.    SBN 136306
Foley & Mansfield PLLP
1111 Broadway, 10th Floor
Oakland, CA 94607



SEP 9 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MONTY ZARGOZA and JUDITH ZARGOZA

Plaintiff(s)

v.

A.W. CHESTERTON COMPANY, et al.

Defendant(s)

CASE NUMBER: 3:08-cv-03841-SI

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

AMERON INTERNATIONAL CORPORATON
Name of Party

☐ Plaintiff   [X] Defendant   ☐ Other _____

hereby request the Court approve the substitution of J. SCOTT WOOD
New Attorney

as attorney of record in place and stead of SUSAN A. WATSON
Present Attorney

Dated: August 28, 2008

Signature of Party/Authorized Representative of Party
Ralph S. Friedrich Sr. V.P. Technology

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: August 25, 2008

Signature of Present Attorney
Susan A. Watson

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: August 31, 2008

Signature of New Attorney
J. Scott Wood

136306
State Bar Number

If party requesting to appear Pro Se:

Dated: _____

Signature of Requesting Party

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    G01

J. Scott Wood, Esq.   SBN 136306
**Foley & Mansfield P.L.L.P.**
1111 Broadway, 10th Floor
Oakland, CA 94607
Telephone: (510) 590-9500
Facsimile: (510) 590-9595

Attorneys for Defendants
**AMERON INTERNATIONAL CORPORATION**

RECEIVED
SEP 9 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY ZAROGOZA and JUDITH ZAROGOZA,<br><br>Plaintiffs,<br>vs.<br>A.W. CHESTERTON COMPANY, et al.<br>Defendants. | Case No.: 3:08-cv-03841-SI<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR AMERON INTERNATIONAL CORPORATION** |

Defendant Ameron International Corporation's Substitution of Attorney is hereby granted.

IT IS SO ORDERED.

DATED: September ___, 2008

By: _____
Hon. Susan Illston
U.S. District Court
Northern District of California

9.15.08

---

[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR
AMERON INTERNATIONAL CORPORATION

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
### USDC NO. 08-03841 JL
### (3:08-cv-03841-SI)

### Monty Zarogoza and Judith Zarogoza v. A.W. Chesterton Company

I am a resident of the State of California, over the age of 18 year, and not a party to the within action. My electronic notification address is rpreston@foleymansfield.com and my business address is 1111 Broadway, 10th Floor, Oakland, CA 94607. On the date below I served the following:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
- **[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR AMERON INTERNATIONAL CORPORATION**

On the following:

| | |
|---|---|
| LEVIN SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Fax: (415) 981-1270<br>*Counsel for Plaintiffs* | *All Parties Via the Northern District Court CM/ECF Service List* |

( X ) by transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

(   ) by transmitting via facsimile the documents(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on September 8, 2008, at Oakland, California

*/s/ Rondi L. Preston*
Rondi L. Preston

-1-
PROOF OF SERVICE