JEFFREY A. KAISER, ESQ., [SBN 160594]
RAYMOND D. MUELLER, ESQ., [SBN 215358]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTY ZAROGOZA and JUDITH ZAROGOZA<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et. al.,<br><br>Defendants. | Case No. 3:08-CV-03841 SI<br><br>**STIPULATION AND PROPOSED ORDER TO REMAND CASE TO SAN FRANCISCO COUNTY SUPERIOR COURT**<br><br>Courtroom: Courtroom 10, 19th Floor<br>San Francisco, California<br><br>The Honorable Susan Illston |

## STIPULATION

Plaintiffs Monty and Judith Zarogoza, and Defendant Foster Wheeler LLC, by and through their respective counsel, hereby stipulate to Foster Wheeler LLC's withdrawal of its notice of removal. By such stipulation, Plaintiffs and Defendant Foster Wheeler LLC respectfully request this court to immediately remand this case to state court.

IT SO STIPULATED:

Dated: October 8, 2008

**LEVIN SIMES KAISER & GORNICK LLP**

By: _____
Jeffrey A. Kaiser
Attorneys for Plaintiff

Dated: October 8, 2007

**BRYDON HUGO & PARKER**

By: _____
Thomas Moses
Attorneys for Defendant
Foster Wheeler LLC

# [PROPOSED] ORDER

Good cause appearing from Foster Wheeler LLC's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated October ___, 2008

_____
Hon. Susan Illston

Parties are to cooperate re: prompt discovery. Oder dated 10/8/08 is vacated.